**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-01605-EWN-BNB

GLORIA MAESTAS,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC., a Ohio corporation,

    Defendant.

---

**ORDER DISMISSING CASE WITH PREJUDICE**

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, DOES HEREBY ORDER that this case is dismissed with prejudice, each party to pay its own attorney's fees and costs.

Dated this 1st day of November, 2006.

                                      BY THE COURT:

                                      s/ Edward W. Nottingham
                                      United States District Judge